| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gettleman, Robert W | U. S. District, N.D. Illinois | 05/12/2006 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. District Judge (active) | ☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2005<br>to<br>12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 219 S. Dearborn St.<br>Chambers 1788<br>Chicago, IL 60604 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | General Partner: Bob Jo Investments (passive investment partnership with Joel Rubin in single real estate venture; we each own 50% (Cont. in Part VIII) |
| 2. | | General Partner: DP Partners (general passive investment partnership that owns condominium units in Philadelphia; ▮▮▮▮ I own (Cont. in Part VIII) |
| 3. | | Bolar & Co., Evanston, IL (Passive investments with ▮▮▮▮▮ in limited partnerships & securities (listed in Part VII). (Cont. in Part VIII) |

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W | 05/12/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2004 | Northwestern University School of Law; taught courses | $ 4000.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2004 | LCSW, Private Social Work Practive |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. American Bar Association, Section of Litigation | June 18-26, 2005, Quebec City, Canada, (Transportation, meals and room) |
| 2. American Bar Association, Section of Litigation | November 3-6, 2005, Austin, Texas (Transportation, meals and room) |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W | 05/12/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X]    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Tenet Healthcare Corp | A | Dividend | J | T | sell | 11/28 | J | A | |
| 19. Sacred Silks | A | Dividend | J | T | buy | 1/15 | J | | |
| 20. Eldorado Gold CP | A | Dividend | J | T | buy | 9/14 | J | | |
| 21. GMAC Bank CD | A | Interest | J | T | buy | 12/21 | J | | |
| 22. *Items 22 through 61 are Bolar investments. | | | | | | | | | |
| 23. Bravo Restaurants, Inc. | | None | K | W | | | | | |
| 24. Naperville Washington Venture | | None | M | U | | | | | |
| 25. D'Ancona Citation Associates | C | Dividend | K | U | | | | | |
| 26. Morgan Stanley Liq. Asset Fund | A | Dividend | J | T | | | | | |
| 27. Morgan Stanley Active Asset Trust | A | Dividend | J | T | | | | | |
| 28. Morgan Stanley Dev. Growth Fund | A | Dividend | J | T | | | | | |
| 29. Morgan Stanley Div. Growth Fund | A | Dividend/Cap | J | T | | | | | |
| 30. American Superconductor | A | Dividend | J | T | sell | 1/27 | J | A | |
| 31. Microvision | A | Dividend | J | T | sell | 4/25 | J | A | |
| 32. Occidental Petroleum | A | Dividend | J | T | sell | 4/14 | J | A | |
| 33. Goodyear Tire & Rubber | A | Dividend | J | T | sell | 3/22 | J | A | |
| 34. Barrick Gold Corp. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Gold Corp | A | Dividend | J | T | | | | | |
| 36. Stewart Enterprises A | A | Dividend | J | T | sell | 3/21 | J | A | |
| 37. Cameco Corp | A | Dividend | J | T | sell | 1/10 | J | A | |
| 38. Capstone Turbine Corp | A | Dividend | J | T | sell | 4/14 | J | A | |
| 39. Crystallex Intl Corp | A | Dividend | J | T | sell | 9/23 | J | A | |
| 40. Freescale Semi Inc CLA | A | Dividend | J | T | sell | 10/25 | J | A | |
| 41. Headwaters Inc. | A | Dividend | J | T | sell | 1/6 | J | A | |
| 42. Hornbeck Offshore Services, Inc. | A | Dividend | J | T | partial sell | 8/8 | J | A | |
| 43. Isis Pharm Inc. | A | Dividend | J | T | sell | 4/21 | J | A | |
| 44. Krispy Kreme Doughnuts Corp. | A | Dividend | J | T | sell | 1/10 | J | A | |
| 45. Western Silver Corp. | A | Dividend | J | T | | | | | |
| 46. Dynamic Materials Corp | A | Dividend | J | T | buy | 12/8 | J | | |
| 47. Giga Tronics | A | Dividend | J | T | buy | 3/4 | J | | |
| 48. Giga Tronics | A | Dividend | J | T | buy | 5/13 | J | | |
| 49. Glamis Gold Ltd | A | Distribution | J | T | buy | 9/14 | J | | |
| 50. HDFC Bank Ltd ADR | A | Dividend | J | T | buy | 12/21 | J | | |
| 51. Image Entertainment Inc New | A | Distribution | J | T | buy | 8/21 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Morgan Stanley European Growth | A | Dividend | K | T | | | | | |
| 70. Morgan Stanley Pacific Growth B | A | Dividend | J | T | | | | | |
| 71. Apple | A | Dividend | J | T | sell | 4/14 | J | A | |
| 72. Financing Corp CPN Strips Ser 1 INT PMT 10.000 2018 | A | Dividend | K | T | | | | | |
| 73. Lord Abbett | A | Dividend | K | T | | | | | |
| 74. Los Angeles CO CA Pension OBLIG CAP APPREC_C IBC | E | Dividend | K | T | | | | | |
| 75. Microvision Inc (Wash) | A | Dividend | J | T | | | | | |
| 76. Putnam Health Science Trust | A | Dividend | J | T | | | | | |
| 77. Sacramento Cnty Calif Go Pens FDG-A Taxable OY 7.53 BE | A | Dividend | J | T | | | | | |
| 78. Tenn VY Auth 6.75% 6-1-28 SR D | A | Dividend | J | T | | | | | |
| 79. Barrick Gold Corp | A | Dividend | J | T | | | | | |
| 80. Gold Corp | A | Dividend | J | T | buy | 6/23 | J | | |
| 81. Newmont Mining Corp | A | Dividend | J | T | buy | 6/23 | J | | |
| 82. Placer Dome, Inc. | A | Dividend | J | T | | | | | |
| 83. Bristol Myers Squibb Co. | A | Dividend | J | T | | | | | |
| 84. Bunge Ltd. | A | Dividend | J | T | partial sell | 12/15 | J | A | |
| 85. Bunge Ltd. | A | Dividend | J | T | sell | 12/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Coeur D. Alene Mns Cp | A | Dividend | J | T | | | | | |
| 87. Glamis Gold Limited | A | Dividend | J | T | sell | 4/14 | J | A | |
| 88. Halliburton Co. Hldg Co. | A | Dividend | J | T | sell | 10/23 | J | A | |
| 89. NiSource, Inc. | A | Dividend | J | T | sell | 11/4 | J | A | |
| 90. Sun Microsystems, Inc. | A | Dividend | J | T | buy | 12/9 | J | | |
| 91. SLM Corp Ser CPI/Floater | A | Dividend | J | T | | | | | |
| 92. Tenet Healthcare Corp | A | Dividend | J | T | sell | 10/24 | J | | |
| 93. World Finl Network Natl Bank Gahanna Oh CD | A | Dividend | | | | | | | |
| 94. Baker Hughes | A | Dividend | J | T | | | | | |
| 95. BHP Billiton Ltd | A | Dividend | J | T | sell | 5/13 | J | A | |
| 96. BJ Svcs Co | A | Dividend | J | T | | | | | |
| 97. Echelon CP | A | Dividend | J | T | sell | 1/25 | J | A | |
| 98. Electr Data Systems Corp New | A | Dividend | J | T | | | | | |
| 99. Fed Natl Mtg Assn Set-Up 08/11/07 06.00 | A | Dividend | J | T | | | | | |
| 100. Fluor Corp New | A | Dividend | J | T | sell | 3/29 | J | A | |
| 101. Fremont Investment & Loan Anaheim CA CD | A | Dividend | J | T | sell | 2/18 | J | A | |
| 102. Global Santa Fe Corp | A | Dividend | J | T | sell | 5/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Hornbeck Offshore Svcs Inc. | A | Dividend | J | T | partial sell | 3/23 | J | A | |
| 104. Hornbeck Offshore Svs Inc. | A | Distribution | J | T | sell | 4/15 | J | A | |
| 105. Intl Bk for Recon & Dev | A | Dividend | J | T | | | | | |
| 106. Matrix Capital Bank Denver, CO CD | A | Dividend | J | T | sell | 4/20 | J | A | |
| 107. Merck & Co | A | Dividend | J | T | buy | 3/1 | J | | |
| 108. Novartis AG ADR | A | Dividend | J | T | | | | | |
| 109. Raytheon Co (New) | A | Dividend | J | T | | | | | |
| 110. Weatherford Intl Inc. Bermuda | A | Dividend | J | T | sell | 10/20 | J | A | |
| 111. Western Silver Corp | A | Dividend | J | T | | | | | |
| 112. XM Satellite Radio Hldg CL A | A | Dividend | J | T | partial sell | 1/10 | J | A | |
| 113. XM Satellite Radio Hldg CL A | A | Dividend | J | T | sell | 4/18 | J | A | |
| 114. Advanced Micro Devices | A | Dividend | J | T | buy | 11/22 | J | | |
| 115. Agilent Technologies | A | Distribution | J | T | buy | 11/22 | J | | |
| 116. Anglogold Ashanti Ltd | A | Dividend | J | T | buy | 11/22 | J | | |
| 117. Asa | A | Dividend | J | T | buy | 9/14 | J | | |
| 118. Cal Dive Intl Inc | A | Dividend | J | T | buy | 11/22 | J | | |
| 119. Diageo Plc Spon ADR New | A | Dividend | J | T | buy | 12/6 | J | | |

1. Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes                 J =$15,000 or less          K =$15,001 - $50,000          L =$50,001 - $100,000          M =$100,000 - $250,000
   (See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
3. Value Method Codes          P3 =$25,000,001 - $50,000,000     R =Cost (Real Estate Only)     P4 =More than $50,000,000     T =Cash Market
   (See Column C2)              Q =Appraisal               V =Other                      S =Assessment
                                U =Book Value                                            W =Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Gettleman, Robert W | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Dundee Precious Metals, Inc. | A | Dividend | J | T | buy | 12/6 | J | | |
| 121. Freescale Semi Inc. CLA | A | Dividend | J | T | buy | 2/15 | J | | |
| 122. Freescale Semi Inc. CLA | A | Dividend | J | T | buy | 3/1 | J | | |
| 123. Genentech Inc. | A | Dividend | J | T | buy | 6/13 | J | | |
| 124. HDFC Bank Ltd. | A | Dividend | J | T | buy | 12/21 | J | | |
| 125. Intuitive Surgical Inc | A | Dividend | J | T | buy | 11/22 | J | | |
| 126. Meridian Gold Corp. | A | Dividend | J | T | buy | 6/23 | J | | |
| 127. Motorola Inc. | A | Dividend | J | T | buy | 11/22 | J | | |
| 128. Nortel Networks Corp New | A | Dividend | J | T | buy | 3/30 | J | | |
| 129. Tata Motors | A | Dividend | J | T | buy | 12/21 | J | | |
| 130. Trizen Han | A | Dividend | J | T | buy | 3/2 | J | | |
| 131. First Bank CD | A | Interest | J | T | buy | 7/18 | J | | |
| 132. Franklin Bank CD | A | Interest | J | T | buy | 10/3 | J | | |
| 133. GMAC Bank CD | A | Interest | J | T | buy | 12/21 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part II Agreements.

No. 1 : of one limited partnership interest).

No. 2: a 4.44% interest and have no role in management).

No. 3: We each own 50% of the partnership which owns passive limited partnership interest and a Morgan Stanley Active Assets account. Current value of Bolar & Co. is no more than $250,000.

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W | 05/12/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____   Date____May 12 2006____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544



**United States District Court**

**Northern District of Illinois**

**219 South Dearborn Street**

**Chicago, Illinois 60604**

Chambers of
Robert W. Gettleman
Judge

September 6, 2006

(312) 435-5543

Hon. Ortrie D. Smith, Chair
Judicial Conference of the United States
Committee on Financial Disclosures
One Columbus Circle, N.E.
Washington, DC 20544

SEP 11 10 54 AM '06
FINANCIAL DISCLOSURE OFFICE
RECEIVED

Re:    Financial Disclosure Report for 2005

Dear Judge Smith:

In response to your letter of July 26, 2006, I am enclosing amended pages for the portions of Part VII mention in the your letter.

In Part VII, page 4, lines 6, 10, 12, 13, and 16, page 5, lines 18 and 30-33, page 6, lines 36-41, 43, and 44, page 8, lines 71 and 85, page 9, lines 87-89, 95, 97 and 100-102, and page 10, lines 104, 106, 110, and 113 have been changed to reflect that the entire asset has been disposed of I have left Column C blank.

In Part VII, page 4, line 8 please be advised that the value and value method codes have been changed to "J" and "T" respectively.

Schering Plough should have be listed on the 2005 Report as follows:

B(1): A, B(2): Dividend, D(1): sell, D(2): 12/1, D(3): J and D(4): A

Very truly yours,

United States District Judge

RWG:mg
Enclosures

AMENDED

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

AO 10
Rev. 1/2006

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gettleman, Robert W | U. S. District, N.D. Illinois | 05/12/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. District Judge (active) | ☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2005<br>to<br>12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 219 S. Dearborn St.<br>Chambers 1788<br>Chicago, IL 60604 | Reviewing Officer_____ Date_____ |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | General Partner: Bob Jo Investments (passive investment partnership with Joel Rubin in single real estate venture; we each own 50% (Cont. in Part VIII) |
| 2. | General Partner: DP Partners (general passive investment partnership that owns condominium units in Philadelphia; ██████ I own (Cont. in Part VIII) |
| 3. | Bolar & Co., Evanston, IL (Passive investments with ████████ in limited partnerships & securities (listed in Part VII). (Cont. in Part VIII) |

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W | 05/12/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. D'Ancona 222 Associates (Limited Partnership) | A | Dividend | J | U | | | | | |
| 2. KeyBonus Deferred Annuity | C | Interest | L | T | | | | | |
| 3. Citibank (Chicago) | A | Interest | J | T | | | | | |
| 4. Bob Jo Investments (Real Estate) | . | None | J | U | | | | | |
| 5. Morgan Stanley Liq. Asset Fund | A | Interest | J | T | | | | | |
| 6. Canadian So. Pet. (Common) | A | None | | | Escheated | 10/14 | J | A | |
| 7. MS Natural Resourses | A | Dividend | K | T | | | | | |
| 8. DP Partners | A | Dividend | | | J | T | | | |
| 9. Morgan Stanley Active Assets Money Trust | C | Interest | L | T | | | | | |
| 10. Compania De Minas Buenaventura | A | Dividend | | | sell | 12/21 | J | A | |
| 11. Ill. St. Civic CTR REF-SPL (Bond) | A | Interest | J | T | | | J | A | |
| 12. American Superconductor | A | Dividend | | | sell | 1/27 | J | A | |
| 13. Regional Trans Auth. Ill. (Bond) | A | Interest | | | redemption | 6/1 | J | A | |
| 14. Illinois St. Gen. Oblig. (Bond) | A | Interest | J | T | | | | | |
| 15. Ill. Health Facs. Auth. (Bond) | A | Interest | J | T | | | | | |
| 16. Honeywell International Inc | A | Dividend | | | sell | 10/24 | J | A | |
| 17. Newmont Mining | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Tenet Healthcare Corp | A | Dividend | | | sell | 11/28 | J | A | |
| 19. Sacred Silks | A | Dividend | J | T | buy | 1/15 | J | | |
| 20. Eldorado Gold CP | A | Dividend | J | T | buy | 9/14 | J | | |
| 21. GMAC Bank CD | A | Interest | J | T | buy | 12/21 | J | | |
| 22. *Items 22 through 61 are Bolar investments. | | | | | | | | | |
| 23. Bravo Restaurants, Inc. | | None | K | W | | | | | |
| 24. Naperville Washington Venture | | None | M | U | | | | | |
| 25. D'Ancona Citation Associates | C | Dividend | K | U | | | | | |
| 26. Morgan Stanley Liq. Asset Fund | A | Dividend | J | T | | | | | |
| 27. Morgan Stanley Active Asset Trust | A | Dividend | J | T | | | | | |
| 28. Morgan Stanley Dev. Growth Fund | A | Dividend | J | T | | | | | |
| 29. Morgan Stanley Div. Growth Fund | A | Dividend/Cap | J | T | | | | | |
| 30. American Superconductor | A | Dividend | | | sell | 1/27 | J | A | |
| 31. Microvision | A | Dividend | | | sell | 4/25 | J | A | |
| 32. Occidental Petroleum | A | Dividend | | | sell | 4/14 | J | A | |
| 33. Goodyear Tire & Rubber | A | Dividend | | | sell | 3/22 | J | A | |
| 34. Barrick Gold Corp. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Gold Corp | A | Dividend | J | T | | | | | |
| 36. Stewart Enterprises A | A | Dividend | | | sell | 3/21 | J | A | |
| 37. Cameco Corp | A | Dividend | | | sell | 1/10 | J | A | |
| 38. Capstone Turbine Corp | A | Dividend | | | sell | 4/14 | J | A | |
| 39. Crystallex Intl Corp | A | Dividend | | | sell | 9/23 | J | A | |
| 40. Freescale Semi Inc CLA | A | Dividend | | | sell | 10/25 | J | A | |
| 41. Headwaters Inc. | A | Dividend | | | sell | 1/6 | J | A | |
| 42. Hornbeck Offshore Services, Inc. | A | Dividend | J | T | partial sell | 8/8 | J | A | |
| 43. Isis Pharm Inc. | A | Dividend | | | sell | 4/21 | J | A | |
| 44. Krispy Kreme Doughnuts Corp. | A | Dividend | | | sell | 1/10 | J | A | |
| 45. Western Silver Corp. | A | Dividend | J | T | | | | | |
| 46. Dynamic Materials Corp | A | Dividend | J | T | buy | 12/8 | J | | |
| 47. Giga Tronics | A | Dividend | J | T | buy | 3/4 | J | | |
| 48. Giga Tronics | A | Dividend | J | T | buy | 5/13 | J | | |
| 49. Glamis Gold Ltd | A | Distribution | J | T | buy | 9/14 | J | | |
| 50. HDFC Bank Ltd ADR | A | Dividend | J | T | buy | 12/21 | J | | |
| 51. Image Entertainment Inc New | A | Distribution | J | T | buy | 8/21 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Image Entertainment Inc New | A | Dividend | J | T | buy | 9/19 | J | | |
| 53. Miramar Mining Corp | A | Dividend | J | T | buy | 9/9 | J | | |
| 54. Newmont Mining Corp | A | Dividend | J | T | buy | 12/6 | J | | |
| 55. Nortel Networks | A | Dividend | J | T | buy | 10/25 | J | | |
| 56. Placer Dome Inc | A | Dividend | J | T | buy | 9/19 | J | | |
| 57. Sun Microsystems, Inc. | A | Dividend | J | T | buy | 10/6 | J | | |
| 58. Supertex Inc. | A | Dividend | J | T | buy | 7/22 | J | | |
| 59. Tata Motors | A | Dividend | J | T | buy | 12/27 | J | | |
| 60. Unisyscorp | A | Dividend | J | T | buy | 5/12 | J | | |
| 61. 3Com Corp | A | Dividend | J | T | buy | 7/22 | J | | |
| 62. **Start of IRA American Mutual Fund | C | Dividend | K | T | | | | | |
| 63. Amer. FDS Cap. Bldrs. | C | Dividend | K | T | | | | | |
| 64. BICO Inc. | A | Dividend | J | T | | | | | |
| 65. Growth Fund of Amer. | C | Dividend | K | T | | | | | |
| 66. U.S. Treas. Bonds | A | Interest | L | T | | | | | |
| 67. Morgan Stanley U.S. Govt. Sec. | C | Dividend | M | T | | | | | |
| 68. Morgan Stanley Liq. Asset Fund | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Morgan Stanley European Growth | A | Dividend | K | T | | | | | |
| 70. Morgan Stanley Pacific Growth B | A | Dividend | J | T | | | | | |
| 71. Apple | A | Dividend | | | sell | 4/14 | J | A | |
| 72. Financing Corp CPN Strips Ser 1 INT PMT 10.000 2018 | A | Dividend | K | T | | | | | |
| 73. Lord Abbett | A | Dividend | K | T | | | | | |
| 74. Los Angeles CO CA Pension OBLIG CAP APPREC_C IBC | E | Dividend | K | T | | | | | |
| 75. Microvision Inc (Wash) | A | Dividend | J | T | | | | | |
| 76. Putnam Health Science Trust | A | Dividend | J | T | | | | | |
| 77. Sacramento Cnty Calif Go Pens FDG-A, Taxable OY 7.53 BE | A | Dividend | J | T | | | | | |
| 78. Tenn VY Auth 6.75% 6-1-28 SR D | A | Dividend | J | T | | | | | |
| 79. Barrick Gold Corp | A | Dividend | J | T | | | | | |
| 80. Gold Corp | A | Dividend | J | T | buy | 6/23 | J | | |
| 81. Newmont Mining Corp | A | Dividend | J | T | buy | 6/23 | J | | |
| 82. Placer Dome, Inc. | A | Dividend | J | T | | | | | |
| 83. Bristol Myers Squibb Co. | A | Dividend | J | T | | | | | |
| 84. Bunge Ltd. | A | Dividend | J | T | partial sell | 12/15 | J | A | |
| 85. Bunge Ltd. | A | Dividend | | | sell | 12/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Coeur D. Alene Mns Cp | A | Dividend | J | T | | | | | |
| 87. Glamis Gold Limited | A | Dividend | | | sell | 4/14 | J | A | |
| 88. Halliburton Co. Hldg Co. | A | Dividend | | | sell | 10/23 | J | A | |
| 89. NiSource, Inc. | A | Dividend | | . | sell | 11/4 | J | A | |
| 90. Sun Microsystems, Inc. | A | Dividend | J | T | buy | 12/9 | J | | |
| 91. SLM Corp Ser CPI/Floater | A | Dividend | J | T | | | | | |
| 92. Tenet Healthcare Corp | A | Dividend | J | T | sell | 10/24 | J | | |
| 93. World Finl Network Natl Bank Gahanna Oh CD | A | Dividend | | | | | | | |
| 94. Baker Hughes | A | Dividend | J | T | | | | | |
| 95. BHP Billiton Ltd | A | Dividend | | | sell | 5/13 | J | A | |
| 96. BJ Svcs Co | A | Dividend | J | T | | | | | |
| 97. Echelon CP | A | Dividend | | | sell | 1/25 | J | A | |
| 98. Electr Data Systems Corp New | A | Dividend | J | T | | | | | |
| 99. Fed Natl Mtg Assn Set-Up 08/11/07 06.00 | A | Dividend | J | T | | | | | |
| 100. Fluor Corp New | A | Dividend | | | sell | 3/29 | J | A | |
| 101. Fremont Investment & Loan Anaheim CA CD | A | Dividend | | | sell | 2/18 | J | A | |
| 102. Global Santa Fe Corp | A | Dividend | | | sell | 5/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Hornbeck Offshore Svcs Inc. | A | Dividend | J | T | partial sell | 3/23 | J | A | |
| 104. Hornbeck Offshore Svs Inc. | A | Distribution | | | sell | 4/15 | J | A | |
| 105. Intl Bk for Recon & Dev | A | Dividend | J | T | | | | | |
| 106. Matrix Capital Bank Denver, CO CD | A | Dividend | | | sell | 4/20 | J | A | |
| 107. Merck & Co | A | Dividend | J | T | buy | 3/1 | J | | |
| 108. Novartis AG ADR | A | Dividend | J | T | | | | | |
| 109. Raytheon Co (New) | A | Dividend | J | T | | | | | |
| 110. Weatherford Intl Inc. Bermuda | A | Dividend | | | sell | 10/20 | J | A | |
| 111. Western Silver Corp | A | Dividend | J | T | | | | | |
| 112. XM Satellite Radio Hldg CL A | A | Dividend | J | T | partial sell | 1/10 | J | A | |
| 113. XM Satellite Radio Hldg CL A | A | Dividend | | | sell | 4/18 | J | A | |
| 114. Advanced Micro Devices | A | Dividend | J | T | buy | 11/22 | J | | |
| 115. Agilent Technologies | A | Distribution | J | T | buy | 11/22 | J | | |
| 116. Anglogold Ashanti Ltd | A | Dividend | J | T | buy | 11/22 | J | | |
| 117. Asa | A | Dividend | J | T | buy | 9/14 | J | | |
| 118. Cal Dive Intl Inc | A | Dividend | J | T | buy | 11/22 | J | | |
| 119. Diageo Plc Spon ADR New | A | Dividend | J | T | buy | 12/6 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Dundee Precious Metals, Inc. | A | Dividend | J | T | buy | 12/6 | J | | |
| 121. Freescale Semi Inc. CLA | A | Dividend | J | T | buy | 2/15 | J | | |
| 122. Freescale Semi Inc. CLA | A | Dividend | J | T | buy | 3/1 | J | | |
| 123. Genentech Inc. | A | Dividend | J | T | buy | 6/13 | J | | |
| 124. HDFC Bank Ltd. | A | Dividend | J | T | buy | 12/21 | J | | |
| 125. Intuitive Surgical Inc | A | Dividend | J | T | buy | 11/22 | J | | |
| 126. Meridian Gold Corp. | A | Dividend | J | T | buy | 6/23 | J | | |
| 127. Motorola Inc. | A | Dividend | J | T | buy | 11/22 | J | | |
| 128. Nortel Networks Corp New | A | Dividend | J | T | buy | 3/30 | J | | |
| 129. Tata Motors | A | Dividend | J | T | buy | 12/21 | J | | |
| 130. Trizen Han | A | Dividend | J | T | buy | 3/2 | J | | |
| 131. First Bank CD | A | Interest | J | T | buy | 7/18 | J | | |
| 132. Franklin Bank CD | A | Interest | J | T | buy | 10/3 | J | | |
| 133. GMAC Bank CD | A | Interest | J | T | buy | 12/21 | J | | |
| 134. Schering Plough | A | Interest | | | sell | 12/1 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W | 05/12/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part II Agreements.

No. 1 : of one limited partnership interest).

No. 2: a 4.44% interest and have no role in management).

No. 3: We each own 50% of the partnership which owns passive limited partnership interest and a Morgan Stanley Active Assets account. Current value of Bolar & Co. is no more than $250,000.

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____    Date_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544